## AUGUSTUS PORTER, PETER B. PORTER, BENJAMIN BARTON, SHELDON THOMPSON, JACOB TOWNSEND, ALEXANDER BRONSON AND NATHANIEL SILL, LATE PARTNERS TRADING UNDER THE FIRM AND STYLE OF SILL, THOMPSON & CO., *versus* RALPH LOCKWOOD AND GEORGE LOCKWOOD, NOW OR LATE PARTNERS TRADING UNDER THE FIRM AND STYLE OF RALPH LOCKWOOD & CO.

JOURNAL ENTRIES (1824): *Journal 3:* (1) Discontinued *p. 481.

PAPERS IN FILE: (1) Precipe for process; (2) capias and return; (3) discontinuance.

*1824–36 Calendar,* MS p. 3.